IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00048-MR-WCM

| | |
|---|---|
| NIGHTINGALE NURSING SERVICES, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )     ORDER |
| | ) |
| CAROLINA PINES AT ASHEVILLE, LLC, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) filed by Andrew L. Fitzgerald. The Motion indicates that Mr. Fitzgerald, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Nina Basu, who the Motion represents as being a member in good standing of the Bar of Maryland. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** Nina Basu to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 18, 2024

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge